CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 1 2 2005
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

| | |
|---|---|
| HASSAN SHABAZZ, # 280460, ) | |
| & ELTON WILLIAMS, # 260920 ) | |
| Plaintiffs, ) | Civil Action No. 7:02cv00499 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VIRGINIA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | By: Jackson L. Kiser |
| Defendants. ) | Senior U.S. District Judge |

In accordance with the Opinion entered this day, it is hereby

**ORDERED**

that

1) Defendants R.A. Young and S.K. Young's Motion to Dismiss, document number 95, shall be and hereby is **DENIED**;

2) Defendants Sgt. Hamilton, Sgt. Collins, C/O McKinney, C/O Ely, and Lt. Galliher's Motion to Dismiss, document number 107, shall be and hereby is **DENIED**; and

2) Defendant are hereby directed to submit any additional dispositive motions addressing the merits of the plaintiff's claims within thirty (30) days of the entry of this order.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Opinion to the plaintiff and to counsel of record for the defendants.

**ENTER:** This 12th day of September, 2005.

*/s/ Jackson L. Kiser*
Senior United States District Judge